# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**ETHYL LEE GRANT,**<br><br>**Defendant.** | CR-17-69-GF-BMM<br><br><br>ORDER |

Upon the United States' motion, and for good cause shown,

IT IS ORDERED, pursuant to Fed. R. Crim. P. 48(a), the United States' motion to dismiss the Indictment and Superseding Indictment against Ethyl Lee Grant is GRANTED.

DATED this 10th day of April, 2018.

_Brian Morris_
Brian Morris
United States District Court Judge